# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

May 1, 2023

By ECF

The Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Owen Walker**
    22 Cr. 623 (CM)

Dear Judge McMahon:

    With the consent of the Government, I write to request an adjournment of approximately two weeks of Mr. Walker's status conference. The parties have almost reached a pretrial resolution and the government intends to present the defense with a plea agreement this week.

    I request an adjournment to allow sufficient time for Mr. Walker to review and discuss the plea agreement with counsel. We anticipate a change of plea hearing at the next conference.

    During the weeks of May 15 and May 22, I am available for a change of plea conference only on May 17, May 19, May 22, May 25 and May 26.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753 (c)

cc: AUSA Will Kinder

---

*Handwritten endorsement:*

5/2/23

Case is adjourned to May 25, 2023 at 12PM — time is excluded through May 25, in the interest of justice, to facilitate plea discussions. If the parties reach a disposition, the plea is referred to Mag. Court.

[Signed] Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/23