**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

May 22, 2023      5/23/23

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Case Adjourned to June 13, 2023 at 12:30pm. Time excluded through June 13, in the interest of justice, to facilitate plea discussions.

Re: *United States v. Owen Walker*, 22 Cr. 623

Dear Judge McMahon:

The Government writes with the consent of the defense to request an adjournment of the status conference currently scheduled for May 25, 2023 until June 13, 2023. The parties understand that the Court is available on that date. Defense counsel has informed the Government that the defendant intends to plead guilty, and the parties have scheduled a change-of-plea conference before U.S. Magistrate Judge Katharine Parker on June 2, 2023. Assuming the defendant pleads guilty, the parties will notify the Court that the June 13 status conference can be taken off the calendar.

The Government also respectfully requests that the time between May 25, 2023 and June 13, 2023 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties time to complete plea negotiations and conduct a change of plea conference. Defense counsel has informed me that she consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *William C. Kinder*
William C. Kinder
Assistant United States Attorney
(212) 637-2394

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/23