# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

MEMO ENDORSED

September 18, 2023

9/19/23

**By ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing adj. to Nov. 30, 2023 at 2 p.m.

*[signature]*

Re:   **United States v. Owen Walker**
      **22 CR. 623 (CM)**

Dear Judge McMahon:

With the consent of the Government, I write to request an adjournment of Mr. Walker's sentencing hearing by approximately 60 days. This is Mr. Walker's first request for an adjournment of sentencing.

Currently, Owen Walker is scheduled for sentencing on September 28, 2023. I write to request a 60-day adjournment of the sentencing hearing, with the defense sentencing submission due two weeks before sentencing, and the Government's submission due one week before.

Our office is in the process of having Mr. Walker evaluated by a forensic psychologist. This process was significantly delayed due to current shortages of forensic psychologists willing to conduct evaluations of our incarcerated clients in the jail. Fortunately, we retained a forensic psychologist to conduct an evaluation who began meeting with Mr. Walker at the Westchester County Jail. Our psychologist will need additional time to complete Mr. Walker's evaluation, especially since Mr. Walker was moved to the Hudson County Correctional facility last week without prior notice. Mr. Walker's evaluation will continue once our psychologist is approved for entry to this new facility.

An adjournment of approximately 60 days would allow our forensic psychologist to complete her evaluation of Mr. Walker before defense sentencing submission deadlines. As mentioned, the Government consents to this request.

I thank the Court for its consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____

Respectfully submitted,

/s/
Zawadi S. Baharanyi
Assistant Federal Defender

cc:    AUSA Will Kinder (by ECF)